2025R00260/AER

RECEIVED

AUG - 6 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni, U.S.M.J. |
| v. | : | |
| | : | Mag. No. 25-14031 (RLS) |
| THEDDEUS WEST | : | **CRIMINAL COMPLAINT** |
| | : | <u>Filed Under Seal</u> |

I, Matthew W. Simpson, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Task Force Officer with the United States Drug Enforcement Administration and that this Complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*s/Matthew W. Simpson*
Matthew W. Simpson
Task Force Officer
United States Drug Enforcement
Administration

Attested to me by telephone, pursuant to FRCP 4.1(b)(2)(A),

<u>August 6, 2025</u>                              <u>District of New Jersey</u>
Date

Honorable Tonianne J. Bongiovanni
<u>United States Magistrate Judge</u>           _____
Name & Title of Judicial Officer              Signature of Judicial Officer

1

## ATTACHMENT A

(Possession of Cocaine with Intent to Distribute)

On or about August 5, 2025, in Monmouth County, in the District of New Jersey, and elsewhere, the defendant,

THEDDEUS WEST,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## ATTACHMENT B

I, Matthew W. Simpson, am a Task Force Officer with the United States Drug Enforcement Administration ("DEA"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.

1. On or about August 5, 2025, law enforcement officers, including agents and task force officers of the DEA and officers of the Neptune Township Police Department, traveled to the primary residence of Theddeus West ("WEST") to execute a search warrant.

2. WEST was sitting in the driver's seat of a vehicle idling in the driveway of his residence as the officers approached in a police vehicle. As the officers approached WEST's residence, he backed his vehicle out of the driveway and began driving away from the residence, toward the approaching police vehicle.

3. The approaching officers then activated their police lights, at which time, WEST placed his vehicle into reverse and began driving backward at a high rate of speed. In doing so WEST backed his vehicle into a parked, unmarked police vehicle occupied by a Neptune Police officer, who was conducting surveillance as part of the anticipated search warrant execution. By crashing into it, WEST damaged the unmarked police vehicle.

4. WEST then placed his vehicle back into drive and drove a short distance away from the approaching police vehicle into a cul-de-sac. WEST then exited his vehicle and fled on foot into a forested area. Law enforcement officers searched the area, but were unable to locate WEST, who remains at large.

5. Officers cleared WEST's abandoned vehicle to ensure that there were no additional occupants and observed a clear plastic bag containing suspected crack cocaine in plain view in the cupholder of the center console.

6. Officers then executed the warrant at WEST's residence and located approximately 328 grams of suspected powder cocaine, a quantity of suspected narcotic pills, a digital scale with white powder residue, and a quantity of plastic bags and rubber bands consistent with narcotics packaging.